UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY STANLEY,

                Plaintiff,

v.

BEVERLY HAYNES-LOVE, *et al.*,

                Defendants.

_____/

Case No. 18-10207

Paul D. Borman
United States District Judge

Mona K. Majzoub
United States Magistrate Judge

**ORDER:**
**(1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND**
**RECOMMENDATION (ECF NO. 24);**
**(2) GRANTING IN PART AND DENYING IN PART DEFENDANTS'**
**MOTIONS TO REVOKE PLAINTIFF'S *IN FORMA PAUPERIS* STATUS**
**AND TO DISMISS (ECF NOS. 17, 21); AND**
**(3) GRANTING PLAINTIFF'S MOTION TO PAY FULL FILING FEE**
**(ECF NO. 22)**

On August 15, 2018, Magistrate Judge Mona K. Majzoub issued a Report
and Recommendation (ECF No. 24) recommending that this Court grant
Defendants' motions to revoke Plaintiff's *in forma pauperis* status and dismiss the
case to the extent those motions seek revocation of Plaintiff's *in forma pauperis*
status, but also recommending that this Court deny those motions to the extent they
seek outright dismissal of this action. The Magistrate Judge also recommended that
this Court grant Plaintiff's motion to pay the $50 remainder of the $400 filing fee
assessed in civil cases, and direct Plaintiff to pay this amount within thirty days.

Having thoroughly reviewed the Report and Recommendation and there being no timely objections filed pursuant to 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court will adopt the Magistrate Judge's Report and Recommendation.

Accordingly, the Court hereby ORDERS that:

- the Magistrate Judge's August 15, 2018 Report and Recommendation (ECF No. 24) is ADOPTED;
- Defendants' motions to revoke Plaintiff's *in forma pauper* status and dismiss the case (ECF Nos. 17, 21) are GRANTED insofar as they seek revocation of Plaintiff's *in forma pauperis* status, but DENIED insofar as they seek dismissal of this case;
- Plaintiff's motion to pay the $50 remainder of his filing fee (ECF No. 22) is GRANTED; and
- Plaintiff is ORDERED to pay the $50 remainder of his filing fee **within thirty (30) days** of the date of this Order.

IT IS SO ORDERED.

Paul D. Borman
United States District Judge

Dated: 8/31/18